MEMO ENDORSED

UNITED STATES DISTRTICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DANIEL GARCIA,<br><br>                     Plaintiff,<br>-against-<br><br>EVANS DELIVERY COMPANY, INC.,<br>CENTURY EXPRESS, A DIVISION OF<br>EVANS DELIVERY COMPANY, INC.,<br>TEXTAINER GROUP HOLDINGS LIMITED,<br>DIRECT CHASSISLINK, INC., and<br>AMERICAN LUMBER CORPORATION, INC.<br><br>                     Defendants. | Docket No.: 20-cv-07801 (KPF)<br><br>**STIPULATION OF DISMISSAL WITHOUT PREJUDICE OF DEFENDANTS TEXTAINER GROUP HOLDINGS LIMITED AND DIRECT CHASSISLINK, INC. ONLY** |

   IT IS HEREBY STIPULATED AND AGREED that the claims of plaintiff against defendants Textainer Group Holding Limited and Direct Chassislink, Inc., only, shall be dismissed without prejudice and without costs or fees to any party.

Dated:  October 2, 2020

| | |
|---|---|
| Law Offices of Jon Norinsberg<br>Attorneys for Plaintiff | Kaufman, Dolowich & Voluck, LLP<br>Attorneys for Defendants<br>Textainer Group Holding Limited and<br>Direct Chassislink, Inc., |
| _____<br>John J. Meehan, Esq.<br>110 East 59th Street, Suite 3200<br>New York, New York 10022<br> (212) 791-5396<br>jmeehan@norinsberglaw.com | _____<br>Gino A. Zonghetti, Esq.<br>Kaufman, Dolowich & Voluck, LLP<br>25 Main Street, Suite 500<br>Hackensack, NJ 07601<br>(201) 708-8240<br>gzonghetti@kdvlaw.com |

SO ORDERED.  The Clerk of Court is hereby ORDERED to terminate defendants Textainer Group Holding Limited and Direct Chassislink, Inc.

Dated: October 8, 2020
       New York, New York

SO ORDERED.

_____
HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE