UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

-------------------------------------------------------------------X

DANIEL GARCIA,

                              Plaintiff,

         -against-

EVANS DELIVERY COMPANY, INC., CENTURY
EXPRESS, A DIVISION OF EVANS DELIVERY
COMPANY, INC., KUEHNE & NAGEL, INC., and
DAVIDSON INDUSTRY SPA,

                              Defendants.

-------------------------------------------------------------------X

**20 Civ. 16629 (SDW) (LDW)**

**STIPULATION OF DISMISSAL
WITHOUT PREJUDICE OF
DEFENDANTS KUEHNE +
NAGEL INC., AND DAVIDSON
INDUSTRY SPA ONLY**

IT IS HEREBY STIPULATED AND AGREED that the claims of plaintiff against

Defendants KUEHNE + NAGEL INC., and DAVIDSON INDUSTRY SPA, only, and all cross

claims between and among the defendants, shall be dismissed without prejudice and without costs

or fees to any party.

Dated: New York, New York
       August 2, 2021

**JON L. NORINSBERG, ESQ., PLLC**

_____
Jon L. Norinsberg, Esq.*
*Attorneys for Plaintiff*
110 East 59th Street, Ste. 3200
New York, New York 10022
Telephone No.: (212) 791-5396

**CLARK HILL PLC**

_____/s/_____
Steven M. Richman, Esq.
*Attorneys for Defendant
Davidson Industry SpA*
210 Carnegie Center, Suite 102
Princeton, New Jersey 08540
Telephone No.: (609) 785-2911

*\* Admitted pro hac vice*

**SPECTOR RUBIN PA**

_____/s/_____
Robert M. Borak, Esq.*
*Attorneys for Defendant Kuehne + Nagel Inc.*
3250 Mary Street, Suite 405
Miami, Florida 33133
Telephone No.: (305) 537-2000

**LEWIS BRISBOIS BISGAARD & SMITH LLP**

_____/s/_____
Thomas C. Regan, Esq.
*Attorneys for Defendants Evans Delivery
Company, Inc. and Century Express, a
Division of Evans Delivery Company, Inc.*
1037 Raymond Blvd, 8th Floor
Newark, New Jersey 07102
Telephone No.: (973) 792-8725

SO ORDERED.

Hon. Susan D. Wigenton
United States District Judge
Dated: August 3, 2021