# REQUEST FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS PURSUANT TO THE ADDITIONAL PROTOCOL TO THE INTER-AMERICAN CONVENTION ON LETTERS ROGATORY

## FORM A

## LETTER ROGATORY[1]

| | | | |
|---|---|---|---|
| 1 | REQUESTING JUDICIAL OR OTHER ADJUDICATORY AUTHORITY<br><br>United States District Court<br>District of New Jersey<br>50 Walnut Street<br>Newark, NJ 07102 | 2 | Filing # 2:20-cv-16629-SDW-LDW<br><br>DANIEL GARCIA,<br><br>Plaintiff,<br><br>V.<br><br>EVANS DELIVERY COMPANY, INC., ET AL.,<br>Defendant. |
| 3 | CENTRAL AUTHORITY OF THE STATE OF ORIGIN<br>ABC Legal<br>633 Yesler Way<br>Seattle, WA 98104 USA<br>Email: info@hagueservice.net<br>Phone: (001) 206-521-2970<br>Website: http://www.hagueservice.net/homepage.asp?lang=english | 4 | CENTRAL AUTHORITY OF THE STATE OF DESTINATION<br>Corporación de Asistencia Judicial de la Región Metropolitana<br>Calle Agustinas 1419<br>SANTIAGO DE CHILE<br>Chile<br>+56 (2) 937 1435<br>Email: internacional@cajmetro.cl |
| 5 | REQUESTING PARTY<br><br>DANIEL GARCIA,<br>Plaintiff. | 6 | COUNSEL TO THE REQUESTING PARTY<br>Diego O. Barros, Esq.<br>John J. Meehan, Esq.<br>Jon L. Norinsberg, Esq.<br>Attorneys for Plaintiff<br>110 East 59th Street, Suite 3200<br>New York, New York 10022<br>Telephone No.: (212) 791-5396 |

PERSON DESIGNATED TO ACT IN CONNECTION WITH THE LETTER ROGATORY

Is this person responsible for costs and expenses?

Yes ☐    No ☒

\* If not, check in the amount of $25.00 is attached.

---

[1] Complete the original and two copies of this form; if A (1) is applicable, attach the original and two copies of the translation of this item in the language of the State of destination.
\*Delete if inapplicable.

The Central Authority signing the letter rogatory has the honor to transmit to you in triplicate the documents listed below and, in conformity with the protocol to the Inter-American Convention on Letters Rogatory:

* A. Requests their prompt service on: **S.A., LUMBER QUALITY, Plaza Perú N° 140, Concepción. Chile.**

The undersigned authority requests the service be carried out in the following manner:

* (1) In accordance with the special procedure or additional formalities that are described below, as provided for in the second paragraph of Article 10 of the above mentioned Convention; or

_____
_____
_____

* (2) By service personally on the identified addressee or, in the case of a legal entity, on its authorized agent; or

* (3) If the person or the authorized agent of the entity to be served is not found, service shall be made in accordance with the law of the State of destination.

* B. Requests the delivery of the documents listed below to the following judicial or administrative authority:

Authority: UNITED STATES DISTRICT COURT DISTRICT OF NEW JERSEY, 50 Walnut Street, Newark, NJ 07102

* C. Requests the Central Authority of the State of destination to return to the Central Authority of the State of origin one copy of the documents listed below and attached to this letter rogatory, and an executed Certificate of the attached Form C.

Done at United States District Court for the District of New Jersey this 28th day of September, 2022

_____                  **WILLIAM T. WALSH**
Signature and stamp of the Judge                Signature and stamp of the Clerk of Court

Title or other identification of each document to be delivered:

**Summons on Amended Complaint and Amended Complaint.**

2

## ANNEX TO THE ADDITIONAL PROTOCOL
## TO THE INTER-AMERICAN CONVENTION OF LETTERS ROGATORY

FORM B

### ESSENTIAL INFORMATION FOR THE ADDRESSEE [1]

To: **S.A., LUMBER QUALITY, Plaza Perú N° 140, Concepción. Chile.**

You are hereby informed that you are being notified of the institution against you of a civil matter.

A copy of the letter rogatory that gives rise to the service or delivery of these documents is attached to this document. This copy also contains essential information for you. Also attached are copies of the complaint or pleading initiating the action in which the letter rogatory was issued, of the documents attached to the complaint or pleading, and of any rulings that ordered the issuance of the letter rogatory.

### ADDITIONAL INFORMATION
### FOR SERVICE

A. To commence a civil action.

A lawsuit has been filed against you. Unless otherwise prescribed by rule, within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States Agency, or an office or employee of the United States described in Fed. R. civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached amended complaint or a motion under rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Diego O. Barros, Esq.
John J. Meehan, Esq.
Jon L. Norinsberg, Esq.
Attorneys for Plaintiff
110 East 59th Street, Suite 3200
New York, New York 10022
Telephone No.: (212) 791-5396

If you fail to respond, judgment by default will be entered against you for the relief demanded in the amended complaint. You also must file your answer or motion with the court.

United States District Court
District of New Jersey
50 Walnut Street
Newark, NJ 07102

3

WHEREFORE, plaintiff DANIEL GARCIA demands judgment in the sum of two million dollars ($2,000,000.00) in compensatory damages, one million dollars ($1,000,000.00) in punitive damages, plus attorney's fees, costs, and disbursements of this action.

The documents listed in Part III are being furnished to you so that you may better understand and defend your interests.

**III**
**LIST OF ATTACHED DOCUMENTS**

**Summons on Amended Complaint and Amended Complaint.**

Done at United States District Court for the District of New Jersey this 28th day of September, 2022

_Signature and stamp of the Judge_

**WILLIAM T. WALSH**
_Signature and stamp of the Clerck of Court_

4

**ANNEX TO THE ADDITIONAL PROTOCOL
TO THE INTER-AMERICAN CONVENTION ON LETTERS ROGATORY**

FORM C

CERTIFICATE OF EXECUTION [1]

To: _____

_____

(Name and address of judicial or other adjudicatory authority that issued the letter rogatory)

In conformity with the Additional Protocol to the Inter-American Convention on Letters Rogatory, signed at Montevideo on May 8, 1979, and in accordance with the attached original letter rogatory, the undersigned Central Authority has the honor to certify the following:

* A. That one copy of the documents attached to this Certificate has been served or delivered as follows:

   Date: _____

   At (Address) _____

By one of the following methods authorized by the Convention.

* (1) In accordance with the special procedure or additional formalities that are described below, as provided for in the second paragraph of Article 10 of the above mentioned Convention, or

   _____
   _____

* (2) By service personally on the identified addressee or, in the case of a legal entity, on its authorized agent.

* (3) If the person or the authorized agent of the entity to be served was not found, in accordance with the law of the State of destination; (Specify method used)

   _____
   _____
   _____

---

[1] Complete the original and one copy in the language of the State of destination.
*Delete if inapplicable

\*    B. That the documents referred to in the letter rogatory have been delivered to:

Identity of person _____

_____

_____

Relationship to the addressee _____

(Family, business or other)

_____

_____

\*    C. That the documents attached to the Certificate have not been served or delivered for the following reason(s):

_____

_____

_____

\*    D  In conformity with the Protocol, the party requesting execution of the letter rogatory is requested to pay the outstanding balance of costs in the amount indicated in the attached statement.

Done at _____ the _____ day of _____ 20___

_____

(Signature and stamp of Central Authority of the State of destination).

Where appropriate, attach originals or copies
of any additional documents proving service
or delivery, and identify them

\*Delete if inapplicable

6