UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
-------------------------------------------------------------------------x

DANIEL GARCIA,                                            Docket No. 2:20-cv-16629 (SDW) (LDW)

                                Plaintiff,

                                                    **NOTICE OF APPEARANCE**

        -against-

EVANS DELIVERY COMPANY, INC.,
CENTURY EXPRESS, A DIVISION OF EVANS
DELIVERY COMPANY, INC., TEXTAINER
GROUP HOLDINGS LMIITED, DIRECT
CHASSISLINK, INC., and AMERICAN LUMBER
CORPORATION, INC.

                                      Defendants.
-------------------------------------------------------------------------x

       **PLEASE TAKE NOTICE**, that Thomas C. Regan, Esq. of Lewis Brisbois Bisgaard & Smith LLP, hereby appears in the above-captioned action as counsel for Defendant, Evans Delivery Company, Inc. d/b/a Century Express (improperly identified as "Evans Delivery Company, Inc. and Century Express, A Division of Evans Delivery Company, Inc."), and respectfully requests that all communications in this matter be directed to his attention at the address set forth below.

Dated: September 29, 2022

                                                       LEWIS BRISBOIS BISGAARD & SMITH LLP

                                                       By.     */s/ Thomas C. Regan*
                                                                Thomas C. Regan, Esq.
                                                                Attorneys for Defendant
                                                                Evans Deliver Company, Inc. d/b/a
                                                                Century Express
                                                                One Riverfront Plaza, 8th Floor
                                                                Newark, New Jersey 07102
                                                                (973) 577-6260 – Phone
                                                                (973) 577-6261 - Facsimile
                                                                Thomas.Regan@lewisbrisbois.com